973 So.2d 614 (2008)
Edgar Alfonso TOVAR, Appellant,
v.
Pelayo Rogelio SILVERIO, Appellee.
No. 3D06-2323.
District Court of Appeal of Florida, Third District.
January 23, 2008.
Rosenthal Rosenthal Rasco, Aventura, and Nicholas I. Gerson, Miami, and Steve M. Bimston, for appellant.
Quintaros, Prieto, Wood & Boyer and Manuel R. Lopez, for appellee.
Before GERSTEN, C.J., and CORTIÑAS, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. Chamizo v. Forman, 933 So.2d 1240 (Fla. 3d DCA 2006); Byrne-Henry v. Hertz Corp., 927 So.2d 66 (Fla. 3d DCA 2006).